UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

NORMAN HAYES SPECK,　　　　　　　　) Case No. SACV 15-1186-DSF(AJW)
　　　　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)  JUDGMENT
FEDERAL BUREAU OF PRISONS,　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　　　　　 )
_____)

　　　It is hereby adjudged that this action is **dismissed without prejudice.**

　　　　10/15/15
Date: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　United States District Judge